[No. 15918.    Department Two.—December 22, 1894.]

## PACIFIC LAND ASSOCIATION ET AL., PETITIONERS, *v.* JOHN HUNT, JUDGE OF THE SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO, RESPONDENT.

BILL OF EXCEPTIONS—MANDAMUS.—A writ of mandate will not be granted to compel the settlement of a bill of exceptions where the instrument submitted does not show an attempt to present a fair and *bona fide* statement of the case.

PETITION in the Supreme Court for a writ of mandate to compel the settlement of a bill of exceptions.

*A. Everett Ball* and *Clinton C. Tripp*, for Petitioners.

*Edward R. Taylor, Wilson & Wilson, Mastick, Belcher & Mastick,* and *Morrison, Stratton & Foerster,* for Respondent.

The COURT.—This is a petition for a writ of mandate to compel the respondent to settle what is claimed to be a bill of exceptions. We agree with the respondent that the instrument submitted does not show an attempt to present such a fair and *bona fide* statement of the case as entitles it to be considered and settled as a bill of exceptions.

The prayer of the petitioner is denied, and the petition dismissed.